# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

<table>
<tr><td>Everett McKinley Dirksen<br>United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604</td><td></td><td>Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov</td></tr>
</table>

**ORDER**

April 30, 2026

*By the Court:*

| No. 26-1941 | RYAN SEGAL,<br>                    Plaintiff - Appellant<br><br>v.<br><br>AMADEUS IT GROUP, S.A., et al.,<br>                    Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:24-cv-01783<br>Northern District of Illinois, Eastern Division<br>District Judge Joan B. Gottschall ||

A review of the short record reveals that this appeal involves more than one appellee represented by different counsel. Counsel for appellees are encouraged to file a joint brief and appendix or adopt parts of a co-appellee's brief. The parties are reminded that redundant and uncoordinated briefing will be stricken. *See United States v. Torres*, 170 F.3d 749 (7th Cir. 1999); *United States v. Ashman*, 964 F.2d 596 (7th Cir. 1992).

form name: **c7_Order_BTC**    (form ID: **178**)